UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Flint Million, | Court File No.: _____ |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| Life Wellness Center, Inc., a Minnesota business corporation, | |
| Defendant. | |

---

I hereby certify that on November 4, 2013, I caused the following document:

1. Notice of Removal (Federal Court);

2. Civil Cover Sheet (Federal Court);

3. Answer and Affirmative Defenses;

3. Certificate of Notice of Filing of Removal Notice; and

4. Certificate of Service.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Paul R. Hansmeier
Class Justice, PLLC
100 South Fifth Street
Suite 1900
Minneapolis, MN 55402
Fax: 612-326-9802

| | |
|---|---|
| Dated: November 4, 2013. | _____s/ Ryan A. Olson_____ |

550485.1