UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Flint Million, | Court File No.: 13-CV-03018 (PJS/TNL) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Life Wellness Center, Inc., a Minnesota business corporation, | **WITH PREJUDICE** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Flint Million and Defendant Life Wellness Center, Inc., through their respective counsel, that the above-entitled action maybe, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

                                      CLASS JUSTICE, PLLC

Dated: November 14, 2013.　　　　　By: s/ Paul Hansmeier
                                                          Paul Hansmeier, #387795
                                                          100 South Fifth Street
                                                          Suite 1900
                                                          Minneapolis, MN 55402
                                                          ATTORNEYS FOR PLAINTIFF

553692.1

Dated: November 14, 2013.     FELHABER, LARSON, FENLON & VOGT, P.A.


                              By: s/ Ryan A. Olson
                                  Ryan A. Olson, #340935
                                  220 South Sixth Street, Suite 2200
                                  Minneapolis, Minnesota 55402
                                  Telephone (612) 339-6321
                                  ATTORNEYS FOR DEFENDANTS