UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FLINT MILLION, | Case No. 13-CV-3018 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| LIFE WELLNESS CENTER, INC., | |
| Defendant. | |

Based upon the Stipulation for Dismissal filed by the parties on November 14, 2013 [ECF No. 4],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: November 14, 2013

  s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge